FREDERICK LANG, PLAINTIFF IN ERROR, v. THE STATE OF NEW JERSEY, DEFENDANT IN ERROR.

Argued at November Term, 1908—Decided January 29, 1909.

On error to the Supreme Court.

For the plaintiff in error, *Alan H. Strong.*

For the defendant in error, *George Berdine,* prosecutor of the pleas.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons set out in the opinion delivered in that court.

It is not to be assumed from the fact of this affirmance, or from any language in the opinion adopted, that this court decides that the question of the insanity of a person who is in confinement awaiting execution under a capital sentence can be tested by a proceeding taken under section 13 of the act of 1906. *Pamph. L., p.* 722.

This question was not argued and not considered.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, REED, TRENCHARD, BERGEN, VOORHEES, BOGERT, VREDENBURGH, GRAY, DILL, J.J.   10.

*For reversal*—None.